IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS J. MCCORMACK, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. 13-cv-446-JPG-CJP |
| | ) |
| CAROLYN W. COLVIN, ACTING | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court pursuant to plaintiff Thomas J. McCormack, Jr.'s Motion to Vacate Dismissal (Doc. 8). This case was dismissed without prejudice for failure to timely effect service pursuant to Federal Rule of Civil Procedure 4(m). McCormack now asks the Court to vacate the order of dismissal and reopen this case. He notes that his counsel's deficiencies in managing his law practice caused the failure of timely service and that counsel has taken steps to improve his deficient management practices. He also notes that although dismissal was without prejudice, he is effectively prevented from filing a new law suit because such a suit would be beyond the limitations period allowed by 42 U.S.C. § 405(g).

In light of the undue prejudice that McCormack would suffer as a result of his counsel's deficiencies, which have now apparently been corrected, the Court

- **GRANTS** the motion to vacate the order of dismissal and reopen this case (Doc. 8);

- **VACATES** the Court's September 24, 2013, order of dismissal (Doc. 7);

- **REOPENS** this case; and

- **ORDERS** that McCormack shall have a further 60-day extension of time for service under Rule 4(m). No further extensions will be granted.

If the plaintiff wishes the United States Marshals Service to serve process in this case, the Court **DIRECTS** the plaintiff to provide to the United States Marshals Service the summons issued in this case, the appropriately completed USM-285 forms and sufficient copies of the complaint for service.

The Court further **DIRECTS** the United States Marshal, upon receipt of the aforementioned documents from the plaintiff and pursuant to Federal Rule of Civil Procedure 4(c)(3), to serve a copy of the summons, complaint and this order upon the defendant Commissioner of Social Security, the United States Attorney for the Southern District of Illinois and the Attorney General of the United States, Washington, D.C., in the manner specified by Federal Rule of Civil Procedure 4(i)(1) & (2), as directed by the plaintiff. Costs of service shall be borne by the United States.

**Dated this 9th day of April, 2014.**

                                                  s/J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **UNITED STATES DISTRICT JUDGE**